# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-01537-TUC-RM (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Rafael F. Gallego - 001<br>Ricardo Gallego - 002, | |
| Defendants. | |

The parties are currently awaiting the disclosure of materials being reviewed by Magistrate Judge Bernardo P. Velasco for privilege and responsiveness to the search warrant. (Doc. 65; *see also* Doc. 161.) In an effort to expedite the process of reviewing the voluminous materials in this case,

**IT IS ORDERED**:

1) The forensic computer expert (*see* Doc. 81) shall perform an automated computer word search for the five names listed on the search warrant.
2) The forensic computer expert shall provide Magistrate Judge Velasco with all files that include the five names listed on the search warrant.

. . . .

. . . .

. . . .

. . . .

. . . .

3) Upon Magistrate Judge Velasco's determination that files responsive to the search warrant do not contain privileged information, those files shall be disclosed to the Government and to the Defendants.

Dated this 25th day of September, 2019.

_____
Honorable Rosemary Márquez
United States District Judge